United States District Court
Southern District of Texas
**ENTERED**
June 20, 2024
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| RECUSAL ORDER | Case Number | 4:24-CR-225 |
| Style | USA v. Luis Duran Montilla, et al. | |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. | |
| | Signed:<br>*[signature]*<br>Ewing Werlein, Jr.,<br>United States District Judge | |
| | Date: June 20, 2024 | |